No. 10-10763. Gerald Allen Harper, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation, et al.

565 U.S. 848, 132 S. Ct. 169, 181 L. Ed. 2d 82, 2011 U.S. LEXIS 5973.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-10765. Daniel Oriakhi, Petitioner v. United States.

565 U.S. 848, 132 S. Ct. 169, 181 L. Ed. 2d 82, 2011 U.S. LEXIS 6225.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 394 Fed. Appx. 976.

No. 10-10767. LeRoy Jeffers, Petitioner v. Minnesota.

565 U.S. 848, 132 S. Ct. 169, 181 L. Ed. 2d 82, 2011 U.S. LEXIS 6331.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-10768. James B. Stegeman, Petitioner v. Superior Court of Georgia, Stone Mountain Judicial Circuit, et al.

565 U.S. 848, 132 S. Ct. 170, 181 L. Ed. 2d 82, 2011 U.S. LEXIS 6431.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-10770. David Carroll, Petitioner v. George W. Dodge.

565 U.S. 848, 132 S. Ct. 170, 181 L. Ed. 2d 82, 2011 U.S. LEXIS 5970.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

No. 10-10774. Kenneth Edward Watson, Jr., Petitioner v. United States.

565 U.S. 849, 132 S. Ct. 170, 181 L. Ed. 2d 82, 2011 U.S. LEXIS 6226.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 633 F.3d 929.

No. 10-10775. Spencer Bowens, Petitioner v. Department of Justice, et al.

565 U.S. 849, 132 S. Ct. 170, 181 L. Ed. 2d 82, 2011 U.S. LEXIS 5969.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 415 Fed. Appx. 340.

No. 10-10776. Chester Eugene Downing, Petitioner v. United States.

565 U.S. 849, 132 S. Ct. 170, 181 L. Ed. 2d 82, 2011 U.S. LEXIS 6186.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 432 Fed. Appx. 220.